# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR.S. 06-075 FCD
     )
JOSE SORIA-VALDEZ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( **X** ) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee:    JOSE SORIA-VALDEZ

Detained at (custodian):    AVENAL STATE PRISON

Detainee is:   a.)   ( ) charged in this district by:
    (X) Indictment    ( ) Information    ( ) Complaint
    Charging Detainee With: Deported Alien Found in the United States

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 13, 2006.

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if applicable): Jose Soria, Bernardino Valdez, Jose Guadulupe-    Male X    Female
Booking or CDC #: V05911    DOB:
Facility Address: 1 Kings Way    Race:
Avenal, CA 93204    FBI #: 336650RB1
Facility Phone: 559-386-0587
Currently Incarcerated For:

### RETURN OF SERVICE

Executed on _____ by _____
    (Signature)