1 | DANIEL J. BRODERICK, Bar#89424
Acting Federal Defender
2 | DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
JOSE SORIA-VALDEZ

6

7

8 |                IN THE UNITED STATES DISTRICT COURT

9 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )      Cr.S. 06-0075-FCD
                                  )
12 |               Plaintiff,      )      STIPULATION AND
                                  )      ORDER
13 |      v.                       )
                                  )      Date: June 19, 2006
14 | JOSE SORIA-VALDEZ,            )      Time: 9:30 a.m.
                                  )      Judge: Frank C. Damrell Jr.
15 |               Defendant.      )
    _____)

16

17 |      JOSE SORIA-VALDEZ, by and through his counsel, DENNIS S.

18 | WAKS, Supervising Assistant Federal Defender, and the United

19 | States Government, by and through its counsel, Michael Beckwith,

20 | Assistant United States Attorney, hereby agree that the trial

21 | confirmation hearing set for May 30, 2006 and the jury trial set

22 | for June 13, 2006 be vacated and a status conference be set for

23 | June 19, 2006 at 9:30 a.m.

24 |      This continuance is being requested because defense counsel

25 | requires additional time to review discovery, continue our

26 | investigation, and to interview our client and other witnesses.

27 |      Speedy trial time is to be excluded from the date of this

28 | order through the date of the status conference set for June 19,

1

1  2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4

2  based upon defense preparation.

3

4  DATED:   May 25, 2006

5                                      Respectfully submitted,

6                                      DENNIS S. WAKS
                                       Supervising Assistant Federal
7                                      Defender

8
                                       /S/ Dennis S. Waks
9                                      _____
                                       Attorney for Defendant
10                                     JOSE ALEX VILLEGAS

11
                                       McGREGOR SCOTT
12                                     United States Attorney

13 DATE:   May 25, 2006
                                       /S/ Dennis S. Waks for
14                                     _____
                                       MICHAEL BECKWITH
15                                     Assistant United States Attorney

16

17
   **IT IS SO ORDERED**.
18
   Dated: May 25, 2006
19                                     /s/ Frank C. Damrell Jr.
                                       HON. FRANK C. DAMRELL JR.
20                                     United States District Court Judge

21

22

23

24

25

26

27

28

                                    2