```
 1  DANIEL J. BRODERICK, Bar#89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JOSE SORIA-VALDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Cr.S. 06-0075-FCD |
| Plaintiff, ) | | STIPULATION AND ORDER |
| v. ) | | Date: July 17, 2006 |
| ) | | Time: 9:30 a.m. |
| JOSE SORIA-VALDEZ, ) | | Judge: Frank C. Damrell |
| Defendant. ) | | |
| _____) | | |

JOSE SORIA-VALDEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Michael Beckwith, Assistant United States Attorney, stipulate that the status conference hearing set for June 19, 2006 be reset for July 17, 2006 at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 17,

///

1

2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

DATED:   June 15, 2006

                                     Respectfully submitted,

                                     DENNIS S. WAKS
                                     Supervising Assistant Federal
                                     Defender

                                     /S/ Dennis S. Waks
                                     _____
                                     Attorney for Defendant
                                     JOSE SORIA-VALDEZ


                                     McGREGOR SCOTT
                                     United States Attorney

DATE:   June 15, 2006
                                     /S/ Dennis S. Waks for

                                     _____
                                     MICHAEL BECKWITH
                                     Assistant United States Attorney


**IT IS SO ORDERED.**

Dated: June 15, 2006
                                     /s/ Frank C. Damrell Jr.
                                     HON. FRANK C. DAMRELL JR.
                                     United States District Court Judge